UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALFRED NIEVES, *Plaintiff*, v. J.E. KRUEGER, *Defendant*. | Case No. 1:23-cv-00043-JPH-CHG<br><br>Judge Jeffery P. Hopkins |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge (Doc. 4) to whom this case was referred pursuant to 28 U.S.C. § 636(b). Noting that no objections have been filed and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** said Report and Recommendation in its entirety.

Accordingly, it is hereby **ORDERED** that the Petition be **DISMISSED** without prejudice for want of prosecution and for failure to comply with the Magistrate Judge's Order (Doc. 3). Petitioner is **DENIED** a certificate of appealability as reasonable jurists would not debate whether Petitioner has failed to comply with this Court's Order. *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

**IT IS SO ORDERED.**

Dated: May 11, 2023

Hon. Jeffery P. Hopkins
United States District Judge